IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A DEVITA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:25-CV-437-ECM-KFP |
| TOWN OF WEBB, ALABAMA, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

The Court previously entered a Recommendation that this case be dismissed without prejudice. Doc. 18. On October 23, 2025, Plaintiff filed an Objection to the Recommendation. Doc. 19. Upon consideration of the Objection, it is ORDERED that the Recommendation (Doc. 18) is WITHDRAWN.

DONE this 27th day of October, 2025.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE