IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. DEVITA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-cv-437-ECM |
| | ) | |
| TOWN OF WEBB, ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court are two Recommendations of the Magistrate Judge (docs. 39, 43), to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendations, it is

ORDERED as follows:

1. The May 11, 2026 Recommendation of the Magistrate Judge (doc. 39) is ADOPTED;

2. Defendant Town of Webb's motion to dismiss (doc. 36) is GRANTED;

3. The May 26, 2026 Recommendation of the Magistrate (doc. 43) is ADOPTED;

4. This case is DISMISSED without prejudice;

5. All other pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

DONE this 22nd day of September, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE